UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     22 CR 220 (PKC)

        -against-                                    ORDER

JUSTINO BAEZ,

                       Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Conference is scheduled for April 20, 2022 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         April 15, 2022